Geoffrey K. Biehn (13445)
  biehn@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorney for Defendant Pediatric Hair Solutions Corporation

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LARADA SCIENCES, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION**, a North Carolina corporation,<br><br>Defendant. | NOTICE OF APPEARANCE<br><br><br><br><br><br>Case No.: 2:18-CV-551<br><br>Honorable Brooke C. Wells |

Notice is hereby given of the entry of appearance of undersigned counsel for Defendant, Pediatric Hair Solutions Corporation. All further notices, pleadings, papers, and other materials relevant to this action should be directed to and served upon the following:

Geoffrey K. Biehn
biehn@mcgiplaw.com
MAGLEBY CATAXINOS & GREENWOOD, PC
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101

DATED this 20th day of August 2018.

                                **MAGLEBY CATAXINOS & GREENWOOD, PC**

                                Geoffrey K. Biehn
                                *Attorney for Defendant Pediatric Hair Solutions Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, PC, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was delivered to the following this 20th day of August 2018, by:

[ ] Hand Delivery

[ ] Depositing the same in the U.S. Mail, postage prepaid

[X] CM/ECF System

[ ] Electronic Mail

    Jason D. Boren
     borenj@ballardspahr.com
    Nathan R. Marigoni
     marigonin@ballardspahr.com
    BALLARD SPAHR, LLP
    One Utah Center, Suite 800
    201 South Main Street
    Salt Lake City, Utah 84111

    Richard W. Miller (*pro hac vice*)
     millerrw@ballardspahr.com
    Ballard Spahr LLP
    999 Peachtree Street, NE
    Suite 1000
    Atlanta, Georgia 30309

    *Attorneys for Plaintiff, Larada Sciences Corporation.*

                             /s/ H. Evan Gibson