# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation,<br><br>Defendant / Counterclaim Plaintiff. | ORDER GRANTING STIPULATED MOTION TO AMEND PEDIATRIC HAIR SOLUTIONS CORPORATION'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS<br><br>Case No. 2:18-cv-00551-RJS-PMW<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and DUCivR 15-1, and for good cause shown, the Court hereby **GRANTS** the parties' Stipulated Motion for Leave to Amend Defendant/Counterclaimant Pediatric Hair Solutions Corporation's Answer, Affirmative Defenses, and Counterclaims.[1] Following the entry of this Order, Pediatric Hair Solutions Corporation shall promptly serve and file its Amended Answer.

**IT IS SO ORDERED**.

**DATED** this 20th day of February, 2019.

BY THE COURT:

_Paul M. Warner_ (signature)

PAUL M. WARNER
Chief United States Magistrate Judge

---

[1] *See* docket no. 40.