Jason D. Boren (#7816)
Nathan R. Marigoni (#14885)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
borenj@ballardspahr.com
marigonin@ballardspahr.com

Richard W. Miller (GA #65257)
*Admitted pro hac vice*
Alan White (GA #410546)
*Admitted pro hac vice*
BALLARD SPAHR LLP
999 Peachtree Street, NE
Suite 1000
Atlanta, GA 30309-3915
Telephone: (678) 420-9340
Facsimile: (678) 420-9301
millerrw@ballardspahr.com
whiteda@ballardspahr.com

*Attorneys for Plaintiff/Counterdefendant, Larada Sciences, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LARADA SCIENCES, INC.**, a Delaware Corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION**, a North Carolina Corporation,<br><br>    Defendant/Counterclaimant. | **STIPULATED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>**Case No.: 2:18-cv-00551-RJS-PMW**<br><br>**Judge Robert J. Shelby**<br>**Magistrate Judge Paul M. Warner** |

Pursuant to Rule 26(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 26-2(a)(1), Plaintiff/Counterdefendant Larada Sciences, Inc. ("Larada") and Defendant/Counterclaimant Pediatric Hair Solutions Corporation ("PHS") hereby stipulate and respectfully move the Court to enter the proposed Stipulated Protective Order attached hereto as Exhibit 1.

DATED this 27th day of February, 2019.

/s/ Nathan R. Marigoni
Jason D. Boren
Nathan R. Marigoni
Richard W. Miller (*admitted pro hac vice*)
Alan White *(admitted pro hac vice)*
BALLARD SPAHR LLP
*Attorneys for Plaintiff/Counterdefendant, Larada Sciences, Inc.*


/s/ Andrew G. Strickland
(*Signed by filing attorney with permission of Andrew G. Strickland*)
Christine T. Greenwood
Geoffrey K. Biehn
MAGLEBY CATAXINOS & GREENWOOD

Andrew G. Strickland (*admitted pro hac vice*)
Sarah E. Elsden (*admitted pro hac vice*)
LEE & HAYES PC
*Attorneys for Defendant/Counterclaimant Pediatric Hair Solutions Corporation*