**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **LARADA SCIENCES, INC., a Delaware corporation,**<br><br>          **Plaintiff / Counterclaim Defendant,**<br><br>**vs.**<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation,**<br><br>          **Defendant / Counterclaim Plaintiff.** | **ORDER GRANTING PEDIATRIC HAIR SOLUTIONS' MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>**Civil No. 2:18-cv-00551-RJS-PMW**<br><br>**Chief District Judge Robert J. Shelby**<br><br>**Chief Magistrate Judge Paul M. Warner** |

Pursuant to Rules 15(a) and 16 of the Federal Rules of Civil Procedure and DUCivR 15-1, and for good cause shown, the Court hereby **GRANTS** Defendant / Counterclaim Plaintiff Pediatric Hair Solutions Corporation's Motion for Leave to Amend Counterclaims. Following the entry of this Order, Pediatric Hair Solutions Corporation shall promptly serve and file its Second Amended Answer and Counterclaims.

          **IT IS SO ORDERED**.

          **DATED** this ____ day of _____, 2019.


                    BY THE COURT:


                    _____
                    PAUL M. WARNER
                    Chief United States Magistrate Judge

1