# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LARADA SCIENCES, INC., a Delaware Corporation,**<br><br>        **Plaintiff/Counterdefendant,**<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation,**<br><br>        **Defendant/Counterclaimant.** | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>Case No.: 2:18-cv-00551-RJS-PMW<br><br>**District Judge Robert J. Shelby**<br><br>**Chief Magistrate Judge Paul M. Warner** |

      Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and for good cause shown, the court hereby GRANTS the parties' Stipulated Motion for Extension of Time to File Response to Motion for Leave to Amend Counterclaims.[1] The deadline for Plaintiff/Counterdefendant Larada Sciences, Inc. to file a response to Defendant Pediatric Hair Solutions' Motion for Leave to Amend Counterclaims is extended to May 22, 2019.

      IT IS SO ORDERED.

      DATED this 8th day of May, 2019.

                                        BY THE COURT:

                                        PAUL M. WARNER
                                        Chief United States Magistrate Judge

---

[1] *See* docket no. 49.