# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware Corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation,<br><br>    Defendant/Counterclaimant. | ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS<br><br>Case No.: 2:18-cv-00551-RJS-PMW<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

Before the court is a Stipulated Motion to Stay Case Pending Settlement Negotiation.[1] Having reviewed the motion and for good cause shown, the court concludes that the competing interests and effects of a stay on the court's docket, counsel, and this litigation merit a stay in this case. *See Utah v. Eli Lilly & Co.*, 509 F. Supp. 2d 1016, 1019 (D. Utah 2007). The Court accordingly GRANTS the Stipulated Motion to Stay Case Pending Settlement Negotiation and ORDERS as follows:

All deadlines in this case, including Larada Sciences, Inc.'s deadline to respond to Pediatric Hair Solutions Corporations Motion for Leave to Amend Counterclaims,[2] and the deadlines set forth in the Scheduling Order,[3] are stayed pending further order of this court.

---

[1] *See* docket no. 51.

[2] *See* docket no. 48.

[3] *See* docket no. 35.

In the event settlement negotiations between the parties fail, either party may move the court to lift this stay and enter a proposed briefing schedule for the pending motion and a proposed scheduling order to govern the remaining deadlines in this case.

DATED this 23rd day of May, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge