| | |
|---|---|
| Christine T. Greenwood (8187)<br>  greenwood@mcgiplaw.com<br>Geoffrey K. Biehn (13445)<br>  biehn@mcgiplaw.com<br>**MAGLEBY CATAXINOS &**<br>**GREENWOOD**<br>170 South Main Street, Suite 1100<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000<br>Facsimile: 801.359.9011 | Andrew G. Strickland (*pro hac vice*)<br>  Andrew.Strickland@leehayes.com<br>**LEE & HAYES P.C.**<br>75 14th Street, Ste. 2500<br>Atlanta, GA 30309<br>Telephone: 404.815.1900<br>Facsimile: 509.323.8979<br><br>Sarah E. Elsden (*pro hac vice*)<br>  Sarah.Elsden@leehayes.com<br>**LEE & HAYES P.C.**<br>601 W. Riverside, Suite 1400<br>Spokane, Washington 99201<br>Telephone: 509.324.9256 |

Attorneys for Defendant Pediatric Hair Solutions Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LARADA SCIENCES, INC.**, a Delaware corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION**, a North Carolina corporation,<br><br>    Defendant/Counterclaimant. | **DEFENDANT'S STATUS REPORT**<br><br><br><br><br><br>Case No.: 2:18-CV-551-RJS-PMW<br><br>Honorable Robert J. Shelby<br>Magistrate Judge Paul M. Warner |

Defendant Pediatric Hair Solutions Corporation, a North Carolina corporation ("PHS"), by and through its undersigned counsel, Lee & Hayes, P.C., submits this status report pursuant to the clerk's email request dated December 30, 2019.

The parties have engaged in good faith negotiations for the settlement of both this matter and a related intellectual property matter currently pending in the U.S. District Court for the Western District of North Carolina, Case No. 3:18-CV-00320-RJC-DSC. Negotiations are ongoing and undersigned counsel will provide an updated settlement offer to Plaintiff within the next couple of weeks.

PHS respectfully requests that the Court stay this matter an additional 60 days while the parties continue to negotiate a settlement. If, prior to that time, either party feels negotiations have reached an impasse, they can file a request for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

DATED this 13th day of January, 2020.

        **LEE & HAYES P.C.**

        /s/ Andrew G. Strickland
        Andrew G. Strickland
        Sarah E. Elsden

        Christine T. Greenwood
        Geoffrey K. Biehn
        **MAGLEBY CATAXINOS & GREENWOOD**

        *Attorneys for Defendant Pediatric Hair Solutions Corporation*

# CERTIFICATE OF SERVICE

I certify I am employed by the law firm of Lee & Hayes P.C., 601 W. Riverside, Suite 1400, Spokane, Washington 99201, and pursuant to Federal Rules of Civil Procedure Rule 5(b), a true and correct copy of the foregoing **Defendant's Status Report** was delivered to the following this 13th day of January, 2020, by:

[ ] Hand Delivery
[ ] Depositing the same in the U.S. Mail, postage prepaid
[X] CM/ECF System
[ ] Electronic Mail

Jason D. Boren
borenj@ballardspahr.com
Nathan R. Marigoni
marigonin@ballardspahr.com
BALLARD SPAHR, LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111

Richard W. Miller (*pro hac vice*)
millerrw@ballardspahr.com
Ballard Spahr LLP
999 Peachtree Street, NE
Suite 1000
Atlanta, Georgia 30309

*Attorneys for Plaintiff, Larada Sciences, Inc.*

/s/ Andrew G. Strickland