Jason D. Boren (#7816)
Nathan R. Marigoni (#14885)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
borenj@ballardspahr.com
marigonin@ballardspahr.com

Richard W. Miller (GA #65257)
*Admitted pro hac vice*
Alan White (GA #410546)
*Admitted pro hac vice*
BALLARD SPAHR LLP
999 Peachtree Street, NE
Suite 1000
Atlanta, GA 30309-3915
Telephone: (678) 420-9340
Facsimile: (678) 420-9301
millerrw@ballardspahr.com
whiteda@ballardspahr.com

*Attorneys for Plaintiff, Larada Sciences, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation,<br><br>Defendant. | **NOTICE OF ATTORNEY'S LIEN**<br><br>Case No.: 2:18-cv-00551-RJS-PMW<br><br>**Judge Robert J. Shelby**<br>**Magistrate Judge Paul M. Warner** |

Pursuant to Utah Code Ann. § 38-2-7(5), the law firm of Ballard Spahr LLP (hereinafter "the Attorneys"), counsel for Larada Sciences, Inc. (the "Client"), hereby claims an attorney's lien for fees and costs by the Attorneys, which have not been paid by Client, plus additional fees and costs that may have accrued or may yet accrue.  Detailed information and verification of the amounts owed to the Attorneys by Client will be provided to Client upon request.  This lien is asserted pursuant to Utah Code Ann. § 38-2-7 and attaches to any real or personal property that is the subject of or connected with the work the Attorneys performed for Client, including, without limitation, any verdict, report, decision, or judgment in the Client's favor or the proceeds of any settlement of any claims in this action (the "Property").  The Attorneys hereby verify, pursuant to Utah Code Ann. § 38-2-7(5)(c), that the Property is connected with work performed by the Attorneys for Client and that a demand for payment of amounts owed to the Attorneys for the work has been made and not been paid within 30 days of the demand.  The Attorneys first provided legal services to Client in this matter on or about April 3, 2017. [1]

DATED this 20th day of February 2020.

_____
Jason D. Boren
Nathan R. Marigoni
Richard W. Miller *(admitted pro hac vice)*
Alan White *(admitted pro hac vice)*
BALLARD SPAHR LLP
*Attorneys for Plaintiff, Larada Sciences, Inc.*

---

[1] Ballard Spahr has provided legal services to Client since no later than September 2007.

STATE OF UTAH )
                          ) ss.
COUNTY OF SALT LAKE )

    SUBSCRIBED AND SWORN to before me this 20th day of February, 2020.

                                                 _____
                                                 NOTARY PUBLIC

My Commission Expires:

Oct. 11, 2021

Trista Lawson
Notary Public
State of Utah
My Commission Expires Oct. 11, 2021
#697335

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **NOTICE OF ATTORNEY'S LIEN** was served to the following this 20th day of February 2020, in the manner set forth below:

[ X ] Through the CM/ECF System for the U.S. District Court

>Christine T. Greenwood
>Geoffrey K. Biehn
>MAGLEBY CATAXINOS & GREENWOOD, PC
>170 South Main Street, Suite 1100
>Salt Lake City, UT 84101-3605
>
>Andrew G. Strickland
>LEE & HAYES, PC
>1175 Peachtree Street, NE
>100 Colony Square, Suite 2000
>Atlanta, GA 30361
>(*admitted pro hac vice*)
>
>Sarah E. Elsden
>LEE & HAYES, PC
>601 W. Riverside Avenue, Suite 1400
>Spokane, WA 99201
>(*admitted pro hac vice*)

[ X ] U.S. Certified Mail

>Claire Roberts, Registered Agent
>Larada Sciences, Inc.
>154 E Myrtle Ave., Suite 304
>Murray, UT 84107

/s/ Mary Jane Goodale