# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation,<br><br>Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:18-cv-00551-RJS-PMW<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

It appearing to the court that Petitioner meets the Pro Hac Vice admission requirements of D.U. Civ. Rule 83-1.1(d), the Motion for Pro Hac Vice Admission[1] of Peter M. Stasiewicz in the United States District Court, District of Utah, in the subject case is GRANTED.

SO ORDERED this 26th day of February 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 58.