IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LARADA SCIENCES, INC.**, a Delaware Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION**, a North Carolina Corporation, **JOHN E. FASSLER, M.D., SHEILA M. FASSLER,** and **FLOSONIX VENTURES, LLC,** a Wyoming LLC.<br><br>**Defendants.** | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, TO JOIN DEFENDANTS, AND TO LIFT STAY**<br><br>Case No.: 2:18-cv-00551-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

Pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure, DUCivR 15-1, and for good cause shown, the Court hereby GRANTS Plaintiff Larada Sciences, Inc.'s Motion For Leave To File First Amended Complaint, To Join Defendants, And To Lift Stay. Following the entry of this Order, Plaintiff shall promptly serve and file its First Amended Complaint.

IT IS SO ORDERED.

DATED this ___ day of _____, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge