Christine T. Greenwood (8187)  
  greenwood@mcgiplaw.com  
Geoffrey K. Biehn (13445)  
  biehn@mcgiplaw.com  
MAGLEBY CATAXINOS & GREENWOOD  
170 South Main Street, Suite 1100  
Salt Lake City, Utah 84101-3605  
Telephone: 801.359.9000  
Facsimile: 801.359.9011  

Andrew G. Strickland (*pro hac vice*)  
  Andrew.Strickland@leehayes.com  
William B. Dyer III (*pro hac vice*)  
  Bill.Dyer@leehayes.com  
LEE & HAYES P.C.  
75 14th Street, Ste. 2500  
Atlanta, Georgia 30309  
Telephone: 404.815.1900  
Facsimile: 509.323.8979  

Sarah E. Elsden (*pro hac vice*)  
  Sarah.Elsden@leehayes.com  
LEE & HAYES P.C.  
601 W. Riverside, Suite 1400  
Spokane, Washington 99201  
Telephone: 509.324.9256  

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware Corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation,<br><br>        Defendant/Counterclaimant. | **PROPOSED ORDER GRANTING STIPULATED MOTION TO LIFT STAY AND SET PROPOSED BRIEFING SCHEDULE**<br><br>Case No.: 2:18-cv-00551-RJS-PMW<br><br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Paul M. Warner |

Plaintiff/Counterdefendant Larada Sciences, Inc. ("Larada") and Defendant/ Counterclaimant Pediatric Hair Solutions Corporation ("PHS") filed their Stipulated Motion to Lift Stay and Set Proposed Briefing Schedule on March 13, 2020. The Court, being advised that

settlement was unsuccessful, finds good cause exists to lift the current stay and set the briefing schedule as proposed by the parties.

THEREFORE, IT IS HEREBY ORDERED:

1. The stay, previously set by this Court, ECF No. 52, is hereby lifted;

2. The Parties' proposed deadlines shall be amended according to the schedule below:

| Description/Deadline | Amended Deadline |
| --- | --- |
| Larada's Response to PHS's Motion for Leave to Amend Counterclaim ("Larada's Response") (ECF No. 48) | Two weeks from entry of Court's Order to Stipulated Motion to Lift Stay, DUCivR 7-1(b)(3)(B). |
| PHS's Reply in Support of Motion for Leave to Amend Counterclaim (ECF No. 48) | Two weeks after service Larada's Response to PHS's Motion for Leave to Amend Counterclaim, DUCivR 7-1(b)(3)(B). |
| PHS's Response to Larada's Motion for Leave to File First Amended Complaint, to Add Defendants, and to Lift Stay (ECF No. 61) | Two weeks from entry of Court's Order to Stipulated Motion to Lift Stay, DUCivR 7-1(b)(3)(B). |
| Larada's Reply in Support of Motion for Leave to File First Amended Complaint, to Add Defendants, and to Lift Stay (ECF No. 61) | Two weeks after service PHS's Response to Larada's Motion for Leave to File First Amended Complaint, to Add Defendants, and to Lift Stay, DUCivR 7-1(b)(3)(B). |
| Close of fact discovery | 05/14/2020 |
| Rule 26(a)(2) expert disclosures & reports for part(ies) bearing burden of proof | 06/12/2020 |
| Rule 26(a)(2) expert counterdisclosures & counterreports | 07/14/2020 |
| Last day for expert discovery | 08/14/2020 |
| Deadline for filing dispositive or potentially dispositive motions | 09/11/2020 |

| Description/Deadline | Amended Deadline |
|---|---|
| Deadline or filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed | 09/18/2020 |
| Deadline for filing partial or complete motions to exclude expert testimony: | 09/11/2020 |

IT IS SO ORDERED.

                           BY THE COURT:

                           PAUL M. WARNER
                           Chief United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify I am employed by the law firm of Lee & Hayes P.C., 601 W. Riverside, Suite 1400, Spokane, Washington 99201, and pursuant to Federal Rules of Civil Procedure Rule 5(b), a true and correct copy of the foregoing **Proposed Order Granting Stipulated Motion to Lift Stay and Set Proposed Briefing Schedule** was delivered to the following this 13th day of March, 2020, by:

    [ ] Hand Delivery
    [ ] Depositing the same in the U.S. Mail, postage prepaid
    [X] CM/ECF System
    [ ] Electronic Mail

        Douglas C. Smith
        Lewis Brisbois Bisgaard & Smith, LLP
        1218 East 7800 South, Suite 300
        Sandy, UT 84094
        douglas.smith@lewisbrisbois.com

        Peter M. Stasiewicz
        Arcturus Law Firm
        211 W. Wacher #323
        Chicago IL 60606
        pete@arcturuslaw.com

                /s/ Andrew G. Strickland