# EXHIBIT A

# Get the Facts:

## *If you were treating your own child, which would you choose?*

| Treatment options: | PEDIATRIC HAIR SOLUTIONS — THE LICE EXPERTS | Sklice | Over the counter and other topical treatments | Nit Picking and Combing |
|---|---|---|---|---|
| Treatments required | **3 step process-** utilizing the Air Alle FDA cleared medical device | 1 | 2+ | 3 to 4 |
| Toxins | none | Ivermectin, .5% | Permetrine, Benzyl alcohol, Lindane, Malathion | none |
| Clinical test results | **100% effective on both live lice and their nits/eggs** | 76% in one study and 71% in another study for live lice only | 1% - 86% for live lice only | None. Depends on person. |
| Combing required | Not needed. Complimentary removal of empty egg casings for cosmetic purposes | Not needed | Yes | Yes. Any missed eggs or live bugs can lead to recurrence |
| Warnings | None | Consult your physician if you are pregnant or breastfeeding, have allergies or skin conditions. Can cause eye irritation or burning sensation on skin. Not to be used on children less than 6 months old. Effects of an overdosage include rash, dizziness, vomiting, diarrhea, seizure, abdominal pain, ataxia and paresthesia; among others | Flameability, age restrictions, seizures, death in infants, do not use if pregnant or breastfeeding | No warnings; but high likelihood of recurrence |
| Reference list citations | *Goates, B.M.,Atkin, J.S.,Wilding, K.G, Birch, K.G., Cottam, M.R., Bush, S.E., Clayton, D.H.,(2006, November 1). An Effective Nonchemical Treatment for Head Lice: A Lot of Hot Air. *Pediatrics*, 118(5), 1962-1970. Retrieved from http://www.pediatrics.org/cgi/content/full/118/5/1962.<br>*Fassler, J.E.(2012, February). A New Treatment Approach to Pediculosis Utilizing the Lousebuster TM Device (renamed Air Alle) and Safe, Nontoxic treatment solutions.(Abstract #:201221) Pediatric Infectious Disease Society. *St. Jude Pediatric Infectious Diseases Research Conference, Programs & Abstracts.* | Sklice Lotion Efficacy & Safety. (2013). Retrieved from http://www.sklice.com/hcp/efficacy-side-effects.html-Sklice Lotion Side Effects|Efficacy, 2013 Sanofi Pasteur Inc. last modified: 15-September-2013 | *Ovide.(2011). Retrieved from http://www.drugs.com/pro/ovide.html - Ovide Official FDA information, side effects and uses. (revised version 12/2011).<br>*What Did The Clinical Trials Show?.(2011) Retrieved from http:// www.Natroba.com/about - Natroba-clinical-trials.html - Clinical Trials - Natroba.<br>*Lindane. Retieved from http:// www.drugs.com/monograph/ lindane.html - Lindane Monograph for Professionals - Drugs.com<br>*Permethrin. Retrieved from http://www.kidsheadlice.com/permethrin.html - Permethrin - Not The Best Treatment for Head Lice. (2009-2013) | A Nit Picker is Essential to Effective Head Lice Treatment. (2013). Retrieved from http://www.Choosinghairstyle.com/a-nit-picker-is-essential-to-effective-head-lice-treatment. |

www.PediatricHairSolutions.com