# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-125-209**

**Effective Date of Registration:**
October 23, 2015

## Title
  **Title of Work:** Treatment Comparison Chart

## Completion/Publication
  **Year of Completion:** 2014
  **Date of 1st Publication:** June 01, 2014
  **Nation of 1st Publication:** United States

## Author
  • **Author:** Pediatric Hair Solutions Corporation
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
  **Copyright Claimant:** Pediatric Hair Solutions Corporation
  6923 Shannon Willow Rd, Charlotte, NC, 28266

## Rights and Permissions
  **Organization Name:** Tillman Wright, PLLC
  **Name:** Charles Christopher Clark
  **Email:** chris@ti-law.com
  **Telephone:** (877)248-5100
  **Alt. Telephone:** (704)837-0055
  **Address:** PO Box 49309
  Charlotte, NC 28277 United States

## Certification
  **Name:** C. Christopher Clark
  **Date:** October 23, 2015

**Applicant's Tracking Number:** 7183.005