# EXHIBIT C

CALL NOW (844) 793-5423



FLEXIBLE PAYMENT OPTIONS
CLICK FOR DETAILS



# LCA CT – Clearly the Best Lice Treatment Option

January 11, 2016 / 0 Comments / in Uncategorized / by Lice Clinics of America Connecticut

Despite their tiny size, lice can quickly become a big problem no matter what season, how often you wash your hair, or even that you may be way past pigtails. Time is of the essence in treating lice before it gets worse or spreads to others and the more you know, the faster you can act! There are many options to explore, ranging from the very expensive or toxic to the very time consuming (and frustrating!). Thankfully, Lice Clinics of America provides families

throughout CT and MA with a fast, non-toxic, economical solution that's guaranteed to work. See how we compare to the other options...

# GET THE FACTS
## WHAT TREATMENT IS BEST?

| Treatment Options | LICE CLINICS OF AMERICA | Sklice (prescription) | Leading Over-the-Counter and Other Topical Products | Nit Picking and Combing |
|---|---|---|---|---|
| Treatments Required | 1 treatment 3 steps utilizing the AirAllé® FDA-cleared medical device | 1 Combing Required | 3+ Combing required | 3 to 4 Combing required. Any missed eggs or live bugs can lead to recurrence. |
| Toxins | none | Ivermectin, .5% | Permethrin, Benzyl Alcohol, Lindane, Malathion | none |
| Clinical Test Results | 100% effective on both live lice and their nits/eggs when AirAllé® used in combination with dimethicone | 76% in one study and 71% in another study for live lice only | 20% to 86% for live lice only | none |
| Cost | $195 Includes AirAllé® treatment, comb out, and dimethicone topical application | $140 to $310 Often not covered by insurance | $20 per treatment. Often can require up to five treatments to be fully effective. | $270 Average. $90 per hour. Usually takes a minumum of 3 to 5 hours. Any missed eggs or live bugs can lead to recurrence. |
| Warnings | none | Consult your physician if you are pregnant or breastfeeding, have allergies or skin conditions. Can cause eye irritation or burning sensation on skin. Not to be used on children less than 6 months old. Effects of an overdosage include rash, dizziness, vomiting, diarrhea, seizure, abdominal pain, ataxia and paresthesia, among others. | Flammability, age restrictions, seizures, death in infants, do not use if pregnant or breastfeeding | No warnings; but high likelihood of recurrence |
| Reference List Citations | *Goates, B.M., Atkin, J.S., Wilding, K.G, Birch, K.G., Cottam, M.R., Bush, S.E., Clayton, D.H., (2006, November 1). An Effective Nonchemical Treatment for Head Lice: A Lot of Hot Air. Pediatrics, 118(5), 1962m 1970. Retrieved from http://www.pediatrics.org/cgi/content/ful l/118/5/1962. *Fassler, J.E. (2012, February). A New Treatment Approach to Pediculosis Utilizing the Lousebuster™ Device (renamed AirAllé®) and Safe, Nontoxic treatment solutions. (Abstract #:201221) Pediatric Infectious Disease Society. St. Jude Pediatric Infectious Diseases Research Conference, Programs & Abstracts. | Sklice Lotion Efficacy & Safety. (2013). Retrieved from http://www.sklice.com/hcp/efficacy-side-effects.html-Sklice Lotion Side Effects Efficacy, 2013 Sanofi Pasteur Inc. last modified: 15-September-2013 | *Ovide.(2011). Retrieved from http://www.drugs.com/pro/ovide.html-Ovide Official FDA information,side effects and uses. (revised version 12/2011). *What DidThe Clinical Trials Show?.(2011) Retrieved from http://www.Natroba.com/about-Natroba-clinical-trials.html-ClinicalTrials-Natroba. *Lindane. Retrieved from http://www.drugs.com/monograph/lindane.html -Lindane Monograph for Professionals-Drugs.com *Permethrin.Retrieved from http://www.kidsheadlice.com/permethrin.html- Permethrin-Not The BestTreatment for Head Lice. (2009-2013) *K.S. Yoon, D.J. Previte, H.E.Hodgdon, B.C.Poole, D.H.Kwon, G.E. Abo El-Ghar, S.H. Lee and J.M. Clark. 2014. Knockdown Resistance Allele Frequencies in North American Head Louse (Anoplura:Pediculidae) Populations J. Med. Entomol.51:450-457. | A Nit Picker is Essential to Effective Head LiceTreatment. (2013). Retrieved from http://www.Choosinghairstyle.com/a-nit-picker-is-essential-to-effective-head-lice-treatment. |

[http://lcaconnecticut.com/]

Share this entry



Copyright © 2015 - 2018 Lice Clinics of America. All rights reserved.