Romaine Marshall (9654)
Jose Abarca (12762)
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (720) 200-0676
Email: rmarshall@atllp.com
         jabarca@atllp.com

*Attorneys for Defendant and Counterclaimant
Pediatric Hair Solutions Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, JOHN E. FASSLER, M.D., SHEILA M. FASSLER, and FLOSONIX VENTURES, LLC,<br><br>Defendant/Counter Claimant. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR. 83-1.4(a), Romaine C. Marshall and Jose A. Abarca of Armstrong Teasdale LLP hereby provide notice of substitution of counsel for Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., and Sheila M. Fassler (the "Defendants"). Christine Greenwood and Geoffrey Biehn of Magleby Cataxinos & Greenwood, PC and Andrew Strickland, Sarah Elsden and William Dyer III will no longer be counsel of record in this case.

Mr. Marshall and Mr. Abarca certify that they are aware of and will comply with all pending deadlines in this matter. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of

pleadings, papers and other materials relevant to this action should be directed to and served upon:

    Romaine C. Marshall
    Jose A. Abarca
    Armstrong Teasdale LLP
    201 South Main Street, Suite 2400
    Salt Lake City, Utah 84111
    Telephone: (720) 200-0676
    Email: rmarshall@atllp.com
           jabarca@atllp.com

DATED this 10th day of February, 2021.

**ARMSTRONG TEASDALE LLP**

 /s/ *Romaine C. Marshall*
Romaine C. Marshall
Jose A. Abarca
*Attorney for Defendants*

DATED this 10th day of February, 2021.

**MAGLEBY CATAXINOS & GREENWOOD, PC**

 /s/ *Geoffrey Biehn* (with permission)
Christine T. Greenwood
Geoffrey Biehn

DATED this 10th day of February, 2021.

**LEE & HAYES PC**

 /s/ *Andrew G. Strickland* (with permission)
Andrew G. Strickland
Sarah E. Elsden
William B. Dyer, III