Andrew G. Strickland
  Andrew.Strickland@leehayes.com
William B. Dyer III
  Bill.Dyer@leehayes.com
LEE & HAYES P.C.
75 14th Street NE, Ste. 2500
Atlanta, Georgia 30309
Telephone: 404.815.1900
Facsimile: 509.323.8979

Sarah E. Elsden
  Sarah.Elsden@leehayes.com
LEE & HAYES P.C.
601 W. Riverside, Suite 1400
Spokane, Washington 99201
Telephone: 509.324.9256

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>          Plaintiff/Counterdefendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, JOHN E. FASSLER, M.D., SHEILA M. FASSLER, and FLOSONIX VENTURES, LLC,<br><br>          Defendants/Counterclaimants. | **NOTICE OF ATTORNEYS' LIEN**<br><br>Civil No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

Pursuant to Utah Code Ann. § 38-2-7(5), the law firm of Lee & Hayes, P.C. (the "Attorneys"), prior counsel for Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., Sheila M. Fassler, and FloSonix Ventures, LLC, (collectively, "PHS"), claims an attorneys' lien for fees and costs owed to the Attorneys, which have not been paid, plus additional fees and costs that may have accrued or may yet to accrue. Detailed information and verification of the amounts owed to the Attorneys by PHS have been provided, and will be provided again, to PHS on request. This lien is asserted pursuant to Utah Code Ann. § 38-2-7 and attaches to any real, personal, or intangible property that is the subject of, or connected with, the work the Attorneys performed for PHS, including, without limitation, any verdict, report, decision, or judgment in PHS's favor or the proceeds of any settlement of any claims in this action (the "Property"). The Attorneys verify, pursuant to Utah Code Ann. § 38-2-7(6)(c), that the Property is connected with work performed by the Attorneys for PHS and that a demand for payment of amounts owed to the Attorneys for the work has been made and not been paid within 30 days of the demand. The Attorneys first provided legal services to PHS in this matter on or about July 26, 2018.

DATED this 12th day of March, 2021.

LEE & HAYES P.C.

_____
Sarah E. Elsden

STATE OF WASHINGTON

COUNTY OF SPOKANE

SUBSCRIBED AND SWORN to before me this 12th day of March, 2021.

_____
NOTARY PUBLIC
My Commission Expires: 4-21-2022

Notary Public
State of Washington
DENISE FOSTER
MY COMMISSION EXPIRES
04-21-2022

1

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of LEE & HAYES, P.C., 601 W. Riverside Ave., Ste. 1400, Spokane, 99201, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing Notice of Attorneys' Lien was delivered to the following this 15th day of March, 2021, by:

[X] CM/ECF System

Douglas C. Smith
douglas.smith@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1218 East 7800 South, Suite 300
Sandy, UT 84094

Peter M. Stasiewicz
pete@arcturuslaw.com
ARCTURUS LAW FIRM
211 W. Wacher #323
Chicago IL 60606

Romaine Marshall
Jose Abarca
rmarshall@atllp.com
jabarca@atllp.com
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 2400
Salt Lake City, Utah 84111

[X] US Certified Mail

Pediatric Hair Solutions Corporation
6923 Shannon Willow Road, Ste. 100
Charlotte, NC 28226

FloSonix Ventures, LLC
222 South Church Street, Ste. 100
Charlotte, NC 28202

Shiela Fassler
1013 Berwick Court
Waxhaw, NC 28173

John E. Fassler
1013 Berwick Court
Waxhaw, NC 28173

LEE & HAYES P.C.

Sarah E. Elsden

2