# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, JOHN E. FASSLER, M.D., SHEILA M. FASSLER, and FLOSONIX VENTURES, LLC,<br><br>Defendant/Counter Claimant. | **ORDER GRANTING STIPULATED MOTION REGARDING CASE SCHEDULE**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

This matter comes before the Court on the Stipulated Motion Regarding Case Schedule ("Stipulated Motion") filed by Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., and Sheila M. Fassler and Plaintiff Larada Sciences, Inc. The Court, having considered the Stipulated Motion, and being duly advised in the premises and, good cause appearing, hereby enters the following case schedule:

| | |
|---|---|
| **Last day to serve written discovery:** | May 31, 2021 |
| **Close of Fact Discovery:** | July 30, 2021 |
| **Rule 26(a)(2) Expert Disclosures & Report** | |
| **Party(ies) bearing burden of proof:** | August 31, 2021 |
| **Counter:** | September 30, 2021 |
| **Last day for expert discovery:** | October 29, 2021 |
| **Deadline for filing dispositive motions:** | November 30, 2021 |
| **Deadline for filing motions to exclude expert testimony:** | December 3, 2021 |

**Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed:** December 7, 2021.

IT IS SO ORDERED.

DATED this 5th day of April 2021.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge
