# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation; JOHN E. FASSLER, M.D.; SHEILA M. FASSLER; and FLOSONIX VENTURES, LLC, a Wyoming LLC,<br><br>    Defendants. | **AMENDED SCHEDULING ORDER**<br><br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to the court's order granting Plaintiff Larada Sciences, Inc.'s motion to modify case schedule (ECF No. 152), the current scheduling order in this matter is hereby amended as follows:

| | |
|---|---|
| **Close of Fact Discovery:** | October 29, 2021 |
| **Rule 26(a)(2) Expert Disclosures & Report** | |
| **Party(ies) bearing burden of proof:** | November 30, 2021 |
| **Counter:** | December 31, 2021 |
| **Last day for expert discovery:** | January 31, 2022 |
| **Deadline for filing dispositive motions:** | February 28, 2022 |
| **Deadline for filing motions to exclude expert testimony:** | March 3, 2022 |

**Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed:** March 7, 2022.

IT IS SO ORDERED.

DATED August 12, 2021.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge