Romaine C. Marshall (9654)
Jose A. Abarca (12762)
Nicolas C. Wilde (15768)
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 401-1600
rmarshall@atllp.com
jabarca@atllp.com
nwilde@atllp.com

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **LARADA SCIENCES, INC.,** a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PEDIATRIC HAIR SOLUTIONS CORPORATION,** a North Carolina Corporation, et al.<br><br>Defendants. | **REQUEST TO SUBMIT**<br>**(ORAL ARGUMENT REQUESTED)**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to DU CivR 7-3, Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., and Sheila M. Fassler (collectively, the "Defendants"), by and through counsel, submit for decision the Motion for Judgment on the Pleadings, filed by Defendants [Dkt No. 154] (the "Motion").

Defendants filed the Motion and served on Plaintiff Larada Sciences, Inc. ("Larada") on October 29, 2021 [Dkt No. 154]. Larada filed its Opposition to the Motion on November 29,

2021 [Dkt. No. 157]. Defendants filed their Reply in support of the Motion on December 7, 2021 [Dkt No. 158].

Accordingly, the Motion is fully briefed and ripe for decision. Defendants request that their Motion be submitted for decision and request oral argument on the Motion.

DATED: December 7, 2021.

ARMSTRONG TEASDALE LLP

*/s/ Jose A. Abarca*
Romaine Marshall
Jose A. Abarca
Nicolas C. Wilde
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, the foregoing **REQUEST TO SUBMIT** was sent via the Court's electronic filing system to all parties on record.

                                                */s/ Sarah Nielsen*