IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>   Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, JOHN E. FASSLER, M.D., SHEILA M. FASSLER, and FLOSONIX VENTURES, LLC,<br><br>   Defendant/Counter Claimant. | **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Court hereby GRANTS the parties' Stipulated Motion to Modify the Scheduling Order and sets deadlines as follows:

Rule 26(a)(2) Expert Disclosures & Report

- Party(ies) bearing burden of proof:         January 31, 2022
- Counter:         February 28, 2022

Last day for expert discovery:         April 1, 2022

Deadline for filing dispositive motions:         April 29, 2022

Deadline for filing motions to exclude expert testimony:         May 4, 2022

Deadline to request scheduling conference if no dispositive motions are filed:         May 6, 2022

DATED December 30, 2021.

JARED C. BENNETT
United States Magistrate Judge