Romaine Marshall (9654)
Jose Abarca (12762)
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: (801) 401-1611
rmarshall@atllp.com
jabarca@atllp.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al.,<br><br>Defendants/Counter Claimants. | **ORDER GRANTING STIPULATED MOTION REGARDING CASE SCHEDULE**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

This matter comes before the Court on the Stipulated Motion Regarding Case Schedule ("Stipulated Motion") filed by Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., and Sheila M. Fassler and Plaintiff Larada Sciences, Inc. The Court, having considered the Stipulated Motion, and being duly advised in the premises and, good cause appearing, hereby enters the following case schedule:

2

**Rule 26(a)(2) Expert Disclosures & Report**

| | |
|---|---|
| **Counter:** | March 31, 2022 |
| **Last day for expert discovery:** | May 20, 2022 |
| **Deadline for filing dispositive motions:** | June 30, 2022 |

**Deadline for filing motions to exclude expert testimony:** July 15, 2022

**Deadline to request scheduling conference if no dispositive motions are filed:**

July 8, 2022

BY THE COURT:

_____

Jared C. Bennett
United States Magistrate Judge