# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation, <br><br> Plaintiff/Counter Defendant, <br><br> v. <br><br> PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al., <br><br> Defendants/Counter Claimants. | **AMENDED SCHEDULING ORDER** <br><br><br> Case No. 2:18-cv-00551-RJS-JCB <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Jared C. Bennett |

This matter comes before the Court on the Stipulated Motion Regarding Case Schedule ("Stipulated Motion") filed by Defendants Pediatric Hair Solutions Corporation, John E. Fassler, M.D., and Sheila M. Fassler and Plaintiff Larada Sciences, Inc.[1] The Court, having considered the Stipulated Motion, and being duly advised in the premises and, good cause appearing, hereby GRANTS the parties' Stipulated Motion.

No further extensions of time will be granted absent demonstrating truly exceptional circumstances.

Having granted the parties' Stipulated Motion, the Scheduling Order is modified as follows:

---

[1] ECF No. 168

- **Rule 26(a)(2) Expert Disclosures & Report:**

    Counter report due: March 31, 2022

- **Last day for expert discovery:** May 20, 2022

- **Deadline for filing dispositive motions:** June 30, 2022

- **Deadline for filing motions to exclude expert testimony:** July 15, 2022

- **Deadline to request scheduling conference if no dispositive motions are filed:** July 7, 2022

At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the first quarter of 2023.

DATED February 15, 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge