# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, JOHN E. FASSLER, M.D., SHEILA M. FASSLER, and FLOSONIX VENTURES, LLC,<br><br>Defendant/Counter Claimant. | **ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Court hereby GRANTS the parties' Stipulated Motion to Modify Case Schedule, strikes the existing deadlines for dispositive motions and motions to exclude expert witnesses, and sets the deadline for dispositive motions and motions to exclude expert witnesses sixty (60) days after this Court's issuance of a ruling on the two pending motions set for hearing on August 18, 2022 Plaintiff Larada's Motion to Amend the Complaint and Add FloSonix, LLC as a Party; (Dkt #160) and PHS Defendants' Motion for Judgment on the Pleadings (Dkt #154).

DATED June 8, 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge