IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al.,<br><br>    Defendants/Counterclaimants. | **ORDER GRANTING DEFENDANTS' EXPEDITED MOTION FOR LEAVE TO SUBSTITUTE REBUTTAL EXPERT**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Now before the court is Defendants' Expedited Motion for Leave to Substitute Rebuttal Expert.[1] They "request leave to substitute their rebuttal expert, Dr. James Rice, due to a sudden decline in health following a recent surgery and rendering him unable to testify at trial."[2] The jury trial is set to begin on February 20, 2024.[3]

Having considered the Motion and for good cause appearing, the court GRANTS the Motion.[4] Defendants must make their substitute rebuttal expert available to Plaintiff in a time, place, and manner agreed upon by the parties.

SO ORDERED this 14th of December 2023.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 217.

[2] *Id.* at 1–2.

[3] ECF 214, *Trial Order*.

[4] ECF 217. Because the court grants the Motion to Substitute, it denies as moot Defendants' request for an expedited briefing schedule and hearing.