Romaine C. Marshall (9654)
Jose A. Abarca (12762)
Charles M. Seby (admitted *pro hac vice*)
POLSINELLI PC
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
rmarshall@polsinelli.com
jabarca@posinelli.com
cseby@polsinelli.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,  Plaintiff/Counter Defendant,  vs.  PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al.,  Defendants/Counterclaimants. | **NOTICE OF WITHDRAWAL OF COUNSEL**  Case No. 2:18-cv-00551-RJS-JCB  Chief Judge Robert J. Shelby  Magistrate Judge Jared C. Bennett |

Notice is hereby given that attorney Charles M. Seby (appearing *pro hac vice*) of Polsinelli PC hereby withdraws as counsel for Defendants Sheila Fassler; John Fassler, MD; Pediatric Hair Solutions Corporation; and FloSonix Ventures, LLC ("Defendants") in the above-captioned matter.

Consistent with DUCivR 83-1.4(b)(1), Defendants will continue to be represented by Jose A. Abarca and Romaine C. Marshall of Polsinelli PC. Mr. Abarca and Mr. Marshall have each

1

95483508.1

appeared under DUCivR 83-1.3 and are aware of and will comply with all pending deadlines, hearings, and trial dates.

DATED this 14th day of June 2024.

POLSINELLI PC

*/s/ Jose A. Abarca*
Romaine C. Marshall
Jose A. Abarca
Charles M. Seby (admitted *pro hac vice*)

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I caused a true and correct copy of **NOTICE OF WITHDRAWAL OF COUNSEL**, to be served *via* CM/ECF.

      /s/ *Kaitlin Morgan*