DOUGLAS C. SMITH, #10805
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Douglas.smith@lewisbrisbois.com

PETER M. STASIEWICZ (pro hac vice)
IL No. 6290832
**ARCTURUS LAW FIRM**
211 West Wacker Drive #323
Chicago, IL 60606
Telephone: 312. 957.6194
Facsimile: 312.489.8307
Pete.stasiewicz@arcturuslaw.com

*Attorneys for Plaintiff Larada Sciences, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina Corporation, et al.,<br><br>Defendants. | **PLAINTIFF'S TRIAL DEPOSITION DESIGNATIONS**<br><br>**Case. 2.:18-cv-00551-RJS-JCB**<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Larada Sciences, Inc., by and through its counsel of record, introduced testimony of the following witnesses via deposition:

1. TJ Root

| |
|---|
| 24:20 - 24:22 |
| 024:23 - 024:25 |
| 025:01 - 025:05 |
| 025:22 - 025:25 |
| 026:01 - 026:06 |
| 026:08 - 026:11 |
| 026:14 - 026:17 |
| 026:24 - 027:06 |
| 027:07 - 027:17 |
| 029:03 - 029:10 |
| 029:21 - 029:25 |
| 030:01 - 030:08 |
| 070:21 - 070:25 |
| 071:03 - 071:07 |
| 071:08 - 071:17 |
| 071:18 - 072:01 |
| 072:02 - 072:18 |

2. Jeremy Losaw

| |
|---|
| 010:24 - 011:04 |
| 031:07 - 031:11 |
| 032:08 - 032:12 |
| 032:13 - 032:16 |
| 032:20 - 032:22 |
| 032:23 - 032:25 |
| 033:01 - 033:15 |
| 033:16 - 033:24 |
| 037:05 - 037:09 |
| 037:10 - 037:17 |
| 037:18 - 038:07 |
| 039:03 - 039:08 |
| 039:25 - 040:12 |

| |
|---|
| 042:17 - 043:01 |
| 043:02 - 043:19 |
| 043:20 - 043:23 |
| 045:06 - 045:09 |
| 046:03 - 046:09 |
| 046:19 - 047:09 |
| 047:10 - 047:15 |
| 047:21 - 048:04 |
| 049:03 - 049:10 |
| 049:11 - 049:18 |
| 050:13 - 050:19 |
| 052:12 - 053:13 |
| 057:16 - 057:25 |
| 058:01 - 058:09 |
| 060:09 - 061:15 |
| 061:16 - 062:08 |
| 062:09 - 062:24 |
| 062:25 - 063:23 |
| 078:03 - 078:08 |

3. Kevin Dahlquist

| |
|---|
| 005:04 - 005:07 |
| 031:25 - 033:13 |
| 033:14 - 034:17 |
| 034:18 - 035:20 |
| 042:15 - 043:02 |
| 049:08 - 051:05 |
| 051:06 - 051:22 |
| 052:14 - 052:17 |
| 052:18 - 052:25 |
| 054:23 - 055:19 |
| 056:15 - 056:22 |
| 057:01 - 059:13 |
| 059:14 - 059:25 |

| |
|---|
| 060:01 - 060:05 |
| 060:06 - 061:14 |
| 061:15 - 062:02 |
| 062:06 - 062:18 |
| 074:16 - 076:25 |
| 084:18 - 085:10 |
| 085:11 - 086:11 |
| 086:12 - 086:23 |
| 086:24 - 086:6 |
| 087:17-088:21 |
| 109:21-110:8 |
| 110:09 - 110:19 |
| 110:20 - 111:8 |
| 111:21 - 112:09 |
| 112:10 - 112:13 |
| 115:11 - 115:18 |
| 115:19 - 115:20 |
| 116:22 - 117:02 |
| 117:03 - 117:25 |
| 119:24 - 121:05 |
| 121:06 - 121:14 |
| 122:07 - 126:25 |
| 133:10 - 135:14 |
| 141:22 - 142:06 |
| 144:10 - 145:02<br>153:2-153:17 |
| 153:18 - 154:03 |
| 154:04 - 154:10 |
| 154:11 - 154:13 |
| 168:20 - 168:24 |
| 171:04 - 172:16 |
| 172:17 - 173:06 |
| 173:07 - 173:11 |
| 177:13 - 177:02 |
| 191:16 - 192:11 |
| 197:15 - 199:16 |
| 199:17-199:20 |
| 199:17-199:20 |

| |
|---|
| 199:21 - 201:03 |
| 201:05 - 202:16 |
| 202:17 - 204:02 |
| 204:10 - 205:20 |
| 205:21 - 207:20 |
| 209:13 - 210:13 |
| 210:16 - 214:04 |

DATE: August 28, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *_/s/ Douglas C. Smith_*

ARCTURUS LAW FIRM

By: *_/s/ Peter Stasiewicz (Pro Hac Vice)_*
Peter Stasiewicz
*Attorneys for Plaintiff Larada Sciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2024, I caused a true and correct copy of the foregoing **PLAINTIFF'S PROPOSED CLARIFIED EXHIBITS** to be served electronically on the following:

Jose A. Abarca
Romaine c. Marshall
**POLSINELLI PC**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
jabarca@polsinelli.com
rmarshall@polsinelli.com
Attorneys for Defendnats

/s/ Peter Stasiewicz