**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al.,<br><br>    Defendants. | **JURY VERDICT FORM**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

**BREACH OF LICENSE AGREEMENTS AGAINST PEDIATRIC HAIR SOLUTIONS**

1.  Has Larada proven by a preponderance of the evidence that Pediatric Hair Solutions materially breached the License Agreements?

    Answer Yes or No: ___Yes___

    If YES, proceed to Question 2.  If NO, proceed to Question 3.

2.  What, if anything, do you award to Larada, from Pediatric Hair Solutions, on its claim for breach of the License Agreements?

    Amount: ___$1 00___

    Proceed to Question 3.

**BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING AGAINST PEDIATRIC HAIR SOLUTIONS**

3.  Has Larada proven by a preponderance of the evidence that Pediatric Hair Solutions breach the implied duty of good faith and fair dealing in the License Agreements?

    Answer Yes or No: ___Yes___

    If you answered YES, proceed to Question 4.  If you answered NO, proceed to Question 5.

4.  What, if anything, do you award to Larada, from Pediatric Hair Solutions, on its claim for breach of the implied duty of good fair and fair dealing?

    Amount: ___$ 1.⁰⁰___

    Proceed to Question 5.

### BREACH OF LEASE AGREEMENT AGAINST SHEILA FASSLER

5.  Has Larada proven by a preponderance of the evidence that Ms. Fassler materially breached the Lease Agreement?

    Answer Yes or No: ___Yes___

    If YES, proceed to Question 6.  If NO, proceed to Question 7.

6.  What, if anything, do you award to Larada, from Ms. Fassler, on its claim for breach of the Lease Agreement?

    Amount: _$ 1.⁰⁰___

    Proceed to Question 7.

### BREACH OF CONSULTING AGREEMENT AGAINST DR. JOHN FASSLER

7.  Has Larada proven by a preponderance of the evidence that Dr. Fassler materially breached the Consulting Agreement?

    Answer Yes or No: ___Yes___

    If YES, proceed to Question 8.  If NO, proceed to Question 9.

8.  What, if anything, do you award to Larada, from Dr. Fassler, on its claim for breach of the Consulting Agreement?

    Amount: ___$ 1. ⁰⁰___

    Proceed to Question 9.

2

## MISAPPROPRIATION OF TRADE SECRETS

**Pediatric Hair Solutions**

9.  Has Larada proven its trade secret misappropriation claim against Pediatric Hair Solutions by a preponderance of the evidence?

    Answer YES or NO: __Yes__

    If YES, proceed to Questions 10 and 11. If NO, proceed to Question 13.

10. What amount of compensatory damages do you award to Larada, from Pediatric Hair Solutions?

    Amount: __$1,750,000.00__

11. Was Pediatric Hair Solutions' misappropriation willful and malicious?

    Answer YES or NO: __Yes__

    If YES, proceed to Question 12. If NO, proceed to Question 13.

12. What amount of exemplary damages do you award to Larada, from Pediatric Hair Solutions?

    Amount: __$3,500,000.00__

**Sheila Fassler**

13. Has Larada proven its trade secret misappropriation claim against Ms. Fassler by a preponderance of the evidence?

    Answer YES or NO: __Yes__

    If YES, proceed to Questions 14 and 15. If NO, proceed to Question 17.

14. What amount of compensatory damages do you award to Larada, from Ms. Fassler?

    Amount: __$1,750,000.00__

15. Was Ms. Fassler's misappropriation willful and malicious?

    Answer YES or NO: __Yes__

    If YES, proceed to Question 16. If NO, proceed to Question 17.

16.   What amount of exemplary damages do you award to Larada, from Ms. Fassler?

Amount: _$3,500,000.00_

**Dr. John Fassler**

17.   Has Larada proven its trade secret misappropriation claim against Dr. Fassler by a preponderance of the evidence?

Answer YES or NO: ___Yes_____

If YES, proceed to Questions 18 and 19.  If NO, have the jury foreperson sign and date the Verdict Form and notify the Court Security Officer you have reached a verdict.

18.   What amount of compensatory damages do you award to Larada, from Dr. Fassler?

Amount: _$1,000,000.00_

19.   Was Dr. Fassler's misappropriation willful and malicious?

Answer YES or NO: _Yes_____

If YES, proceed to Question 20.  If NO, have the jury foreperson sign and date the Verdict Form and notify the Court Security Officer you have reached a verdict.

20.   What amount of exemplary damages do you award to Larada, from Dr. Fassler?

Amount: _$2,000,000.00_

Have the jury foreperson sign and date the Verdict Form and notify the Court Security Officer you have reached a verdict.

_____
                              Jury Foreperson

_30 AUG 2024_____
                              Date