IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LARADA SCIENCES, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>PEDIATRIC HAIR SOLUTIONS CORPORATION, a North Carolina corporation, et al.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:18-cv-00551-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

      This matter between Plaintiff Larada Sciences, Inc. (Larada) and Defendants Pediatric Hair Solutions Corporation (PHS), Sheila M. Fassler, Dr. John E. Fassler, and FloSonix Ventures, LLC was tried before a jury with Chief Judge Robert J. Shelby presiding. The jury rendered its verdict on August 30, 2024.[1]

      The jury found in favor of Larada on all its claims against Defendants[2] and awarded the following:

      1.      $1.00 in damages against PHS for breach of the License Agreements;

---

[1] *See* Dkt. 331, *Minute Entry*.

[2] At trial, Larada did not pursue jury instructions or verdict form interrogatories concerning its claim that FloSonix Ventures, LLC is the remaining Defendants' alter ego. Likewise, Larada did not pursue jury instructions or verdict form interrogatories concerning the factual underpinnings of its claims for permanent injunctive relief based on Defendants' trade secret misappropriation and declaratory judgment based on the License Agreements. In failing to do so, Larada effectively withdrew these claims before the court submitted the case to the jury. Dkt. 343, *Docket Text Order Denying as Moot ECF 320 and ECF 341*; *see also* Dkt. 341, *Larada's Motion to Withdraw Certain Claims and Relief or for Leave to File Third Amended Complaint* 5–6 (describing Larada's non-intent to pursue declaratory or permanent injunctive relief).

1

2. $1.00 in damages against PHS for breach of the implied duty of good faith and fair dealing;

3. $1.00 in damages against Sheila M. Fassler for breach of the Lease Agreement;

4. $1.00 in damages against John E. Fassler for breach of the Consulting Agreement;

5. $1,750,000.00 in compensatory damages against PHS for misappropriation of Larada's trade secrets;

6. $1,750,000.00 in compensatory damages against Sheila M. Fassler for misappropriation of Larada's trade secrets; and

7. $1,000,000.00 in compensatory damages against Dr. John E. Fassler for misappropriation of Larada's trade secrets.[3]

The jury also made the following findings regarding the misappropriation of trade secrets:

1. PHS's conduct in misappropriating Larada's trade secrets was willful and malicious;

2. Sheila M. Fassler's conduct in misappropriating Larada's trade secrets was willful and malicious; and

3. John E. Fassler's conduct in misappropriating Larada's trade secrets was willful and malicious.[4]

The jury awarded exemplary damages as follows:

1. $3,500,000.00 in exemplary damages against PHS for willful and malicious misappropriation of Larada's trade secrets;

---

[3] *See* Dkt. 332, *Jury Verdict Form*.

[4] *Id.*

2.  $3,500,000.00 in exemplary damages against Sheila M. Fassler for willful and malicious misappropriation of Larada's trade secrets; and

3.  $2,000,000 in exemplary damages against John E. Fassler for willful and malicious misappropriation of Larada's trade secrets.[5]

Prior to the jury trial, the court also entered partial summary judgment in favor of Larada and against PHS in the amount of $80,010.00 for breach of the License Agreements premised on failure to make required payments under the License Agreements.[6] The court awarded Larada prejudgment interest at the rate of 18% per annum on that amount.[7]

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the jury's unanimous verdict, it is hereby ORDERED and ADJUDGED that:

1.  judgment is entered in favor of Plaintiff Larada Sciences, Inc. and against Defendant Pediatric Hair Solutions Corporation in the sum of $5,330,012.00, together with post-judgment interest and taxable costs as fixed by the court;

2.  judgment is entered in favor of Plaintiff Larada Sciences, Inc. and against Defendant Pediatric Hair Solutions Corporation for pre-judgment interest at 18% per annum as to the $80,010.00 in damages related to breach of the License Agreements for non-payment, from May 1, 2017, to the date of entry of this judgment;

3.  judgment is entered in favor of Plaintiff Larada Sciences, Inc. and against Defendant Sheila M. Fassler in the sum of $5,250,001.00, together with post-judgment interest and taxable costs as fixed by the court;

---

[5] *Id.*

[6] Dkt. 209, *Memorandum Decision and Order* at 11.

[7] *Id.*

4. judgment is entered in favor of Plaintiff Larada Sciences, Inc. and against Defendant John E. Fassler in the sum of $3,000,001.00, together with post-judgment interest and taxable costs as fixed by the court;

5. judgment is entered in favor of Defendant FloSonix Ventures, LLC.

Upon separate application to the court, the court may award to Plaintiff attorney's fees, non-taxable costs, and pre-judgment interest as allowed under the law.

DATED this 26th day of September 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge